IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR112-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| | ) | |
| LEA M. STEVENS, <u>et al</u>. | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Andrew J. Wilson, as a Criminal Justice Act training panel member, to assist in the defense of LEA M. STEVENS.                          .

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Andrew J. Wilson is hereby assigned to assist Mark A. Weber, Criminal Justice Act panel attorney, in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Andrew J. Wilson shall not be eligible to receive compensation for her services in this case.

Mark A. Weber shall continue to be primary counsel on behalf of the Defendant, LEA M. STEVENS.                          .

Dated: April 25, 2006.

BY THE COURT:


s/ F.A. Gossett
UNITED STATES MAGISTRATE JUDGE